UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAOS PROCTOR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WORTHINGTON CYLINDER CORPORATION, et al., <br><br> Defendants. | Case No. 3:21-cv-00059-JD <br><br> **JUDGMENT** |

Pursuant to Federal Rules of Civil Procedure Rule 58, and the Rule 68 offer of judgment accepted by plaintiffs, Dkt. No. 8, judgment is entered for plaintiff Taos Proctor in the amount of $1,050,001.00, and for plaintiff Kelly Proctor in the amount of $50,001.00, against defendants collectively.

**IT IS SO ORDERED.**

Dated: February 10, 2021

_____
JAMES DONATO
United States District Judge